UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:22-cv-81028-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**57 CONCEPTS LLC d/b/a
LIVING GREEN FRESH MARKET,
a Florida limited liability company,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant 57 CONCEPTS LLC d/b/a LIVING GREEN FRESH MARKET, by and through its undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Stipulation for Dismissal With Prejudice.

    DATED:  September 12, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By     *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By     *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**TODD W. SHULBY, P.A.**
Counsel for Defendant
1792 Bell Tower Lane
Weston, FL  33326
(954) 530-2236
tshulby@shulbylaw.com

By  */s/ Todd W. Shulby*
         TODD W. SHULBY
         Fla. Bar No. 068365